**Order entered September 20, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00882-CV

### IN RE TEXAS DEPARTMENT OF PUBLIC SAFETY, Relator

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause No. 2013-1-0007**

## ORDER

The Court has before it real party in interest's September 13, 2013 motion to extend time to file motion for rehearing. The Court **GRANTS** the motion and **ORDERS** real party in interest to file any motion for rehearing by October 20, 2013.

/s/      DAVID LEWIS
          JUSTICE